# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **VISHAY DALE ELECTRONICS, INC.,** | |
| Plaintiff, | **8:13CV3201** |
| vs. | |
| **ROHM CO., LTD.,** | **ORDER OF DISMISSAL** |
| Defendant. | |

This matter is before the Court on the Parties' Joint Motion and Stipulation of Dismissal (Filing No. 36). The Motion complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice as to all claims that were brought or could have been brought in this action, and each side will bear its own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The Parties' Joint Motion and Stipulation of Dismissal (Filing No. 36) is approved;

2. The above-captioned action is dismissed with prejudice as to all claims that were brought or could have been brought in this action; and

3. Each side will bear its own costs and attorney fees.

Dated this 18th day of June, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge